ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

---

DIRECTV, Inc., a California corporation,

Plaintiff,

-against-

CARY P. SHAHID, Individually, and as officer, director, shareholder and/or principal of OLD FLORIDA FISH HOUSE & BAR, INC. d/b/a OLD FLORIDA FISH HOUSE, and OLD FLORIDA FISH HOUSE & BAR, INC. d/b/a OLD FLORIDA FISH HOUSE,

Defendants.

---

**CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Civil Case No. 3:09cv30/MCR/EMT

PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE AND THE GENERAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

DIRECTV, Inc., a California corporation, is a wholly owned subsidiary of DIRECTV Enterprises, LLC, a Delaware limited liability company, which is a wholly owned subsidiary of

2009 JAN 23 AM 10: 54

FILED

DIRECTV Holdings LLC, a Delaware limited liability company, which is a wholly owned subsidiary of The DIRECTV Group, Inc., a Delaware corporation.

The DIRECTV Group, Inc. is 37% owned by Fox Entertainment Group, Inc., a Delaware corporation, which is a wholly owned subsidiary of News Corporation, a Delaware corporation.

Dated: January 13, 2009
Ellenville, New York

Respectfully submitted,

DIRECTV, Inc.

By: _____
Brett Feinstein, Esq.
Florida Bar Roll #953120
Stratton & Feinstein, P.A.
407 Lincoln Road, Suite 2A
Miami Beach, FL 33139
Telephone:(305)672-7772
Facsimile: (305)672-1038
Email: brett@strattonfeinstein.com
Email: Info@signallaw.com,
Julie@signallaw.com, Wayne@signallaw.com
*Our File No. NFL8-4FL-N01V*